El Pueblo, Demandante y Apelado, *v.* Falcón, Acusado y
Apelante.

Apelación procedente de la Corte de Distrito de San Juan,
Sección Segunda, en causa por infracción al Reglamento
de Sanidad No. 28.

No. 1430.—Resuelto en diciembre 2, 1919.

Sanidad—Reglamento de Sanidad No. 28—Permiso Previo para Construir o
Reconstruir Edificaciones.—Substituir por otras algunas tablas deterioradas del piso y de las paredes de un edificio y pintar éstas no constituye una
violación del artículo 2 del Reglamento de Sanidad No. 28 que exige presentación de plano por triplicado y aprobación previa del Departamento de Sanidad para construir o reconstruir edificaciones.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Carlos V. Urrutia.*
Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Presidente Sr. Hernández, emitió la opinión del
tribunal.

Ante la Corte Municipal de Bayamón fué denunciado Isidro Falcón por infracción al artículo número 2, Reglamento
No. 28 de Sanidad, por el hecho de que en 17 de mayo de
1918 y en la calle Comerío No. 313 de dicho pueblo, de una
manera voluntaria y maliciosa reconstruía un edificio de su
propiedad o administración sin haber presentado al Departamento de Sanidad un plano triplicado de dicha construcción y sin tener permiso autorizado por el mismo departamento.

El artículo 2 del Reglamento de Sanidad citado en la denuncia dice así:

"Art. 2.—Desde la aprobación de este Reglamento en adelante no se podrá construir o reconstruir en la Isla de Puerto Rico edificio alguno sin antes haberse presentado al Servicio de Sanidad un plano triplicado de dicha construcción. * * * El Servicio de Sanidad aprobará dichos planos o en su caso hará las observaciones que resulten necesarias, de acuerdo con los reglamentos de sanidad vigentes, dentro de un plazo razonable. No se empezarán las obras sin la aprobación definitiva de dichos planos. * * *"

Celebrado el juicio en grado de apelación ante la Corte de Distrito de San Juan, Sección Segunda, esa corte dictó sentencia en 30 de diciembre de 1918 declarando culpable a Isidro Falcón de infracción a la Ley de Sanidad por reconstruir un edificio suyo sin permiso y plano aprobado y le condenó a $15 de multa o a un día de cárcel por dólar, y costas, contra cuya sentencia interpuso Falcón recurso de apelación para ante esta Corte Suprema.

Tanto la parte apelante como el fiscal solicitan la revocación de la sentencia apelada por falta de prueba de la infracción del reglamento de que se trata.

Hemos examinado las pruebas practicadas en el juicio y de ellas sólo aparece que el denunciado se limitó a pintar las paredes de su casa y a substituir por otras unas tablas deterioradas de las paredes y del piso. Ni en lenguaje gramatical, ni en lenguaje legal, esos actos determinan la construcción o reconstrucción de un edificio, requisito necesario para que sea obligatoria la presentación del plano triplicado al Servicio de Sanidad y la aprobación del mismo antes de comenzarse las obras.

En el presente caso holgaba la presentación de plano alguno al Departamento de Sanidad, por la razón de que las obras de pintura y de substitución de unas tablas deterioradas por otras no están sujetas a reglas sanitarias.

Es de revocarse la sentencia apelada y absolverse al apelante con las costas de oficio.

*Revocada la sentencia y absuelto el acusado*
*con las costas de oficio.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Aldrey.

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de este caso.